# EXHIBIT A

## CONSENT TO JOIN FORM

Consent to sue under the Fair Labor Standards Act (FLSA)

I work or worked for BellSouth Telecommunications, Inc./AT&T at some point since [month/year] _6/12/1973_

in the position of [title] _Network Manager 5/2/2005_

I worked overtime for which I was not paid.

I consent to join the FLSA collective action titled *William Lawson, et al. v. BellSouth Telecommunications, Inc.* (N.D.Ga. 09-CV-3528), to recover unpaid overtime pay under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. §216(b).

I choose to be represented in this matter by the named plaintiffs and counsel (Sanford Wittels & Heisler, LLP, Law Office of Edmond Clark and Buckley & Klein, LLP) in this action.

Print Name: _Kenneth Bushnell_

Signature: _Kenneth Bushnell_

Date Signed: _9/6/2011_

## CONSENT TO JOIN FORM

Consent to sue under the Fair Labor Standards Act (FLSA)

I work or worked for BellSouth Telecommunications, Inc./AT&T at some point since [month/year] __4-19-99 as a Technician__ in the position of [title] __1st Line Manager Since 3-1-2004__

I worked overtime for which I was not paid.

I consent to join the FLSA collective action titled *William Lawson, et al. v. BellSouth Telecommunications, Inc.* (N.D.Ga. 09-CV-3528), to recover unpaid overtime pay under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. §216(b).

I choose to be represented in this matter by the named plaintiffs and counsel (Sanford Wittels & Heisler, LLP, Law Office of Edmond Clark and Buckley & Klein, LLP) in this action.

Print Name: __James A. Strain__

Signature: __/s/ James A. St[rain]__

Date Signed: __9-1-2011__