# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| WILLIAM LAWSON, JOE TRIPODI, THOMAS WHITTINGTON, JASON PHILLIPS, AND NESBIT B. ("BRAD") SILLS, Individually and On Behalf of All Others Similarly Situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> BELLSOUTH TELECOMMUNICATIONS, INC., d/b/a AT&T SOUTHEAST a.k.a. AT&T ALABAMA/AT&T FLORIDA/AT&T GEORGIA/ AT&T KENTUCKY/AT&T LOUISIANA/AT&T MISSISSIPPI/AT&T NORTH CAROLINA, AT&T SOUTH CAROLINA/AT&T TENNESSEE, <br><br> *Defendant*. | Civil Action File No. 1:09-cv-3528-JEC <br><br><br> JURY TRIAL DEMANDED |

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiffs William Lawson, Joe Tripodi, Thomas Whittington, Jason Phillips, Nesbit B. Sills, and the opt-in Plaintiffs ("Plaintiffs") and Defendant BellSouth Telecommunications, Inc. ("Defendant" or "BellSouth") hereby jointly move for a stay of all proceedings in the case. As set forth in the attached Memorandum, the parties have agreed to participate in a mediation scheduled for April 19, 2012 of all claims in the captioned case and would like the opportunity to focus their energies and resources on preparing for the mediation.

WHEREFORE, Plaintiffs and Defendant respectfully request that the Court stay all proceedings in the case from April 3, 2012 through May 21, 2012.

Respectfully and jointly submitted,

By: /s/ Steven L. Wittels
Steven L. Wittels
Federal Bar No. SLW-8110
swittels@nydclaw.com

SANFORD WITTELS & HEISLER, LLP
1350 Ave. of the Americas
31st Fl.
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948

Edward D. Buckley
Georgia Bar No. 092750
edbuckley@buckleyklein.com
BUCKLEY & KLEIN, LLP
1180 West Peachtree Street
Suite 1100
Atlanta, Georgia 30309
Telephone: (404) 781-1100
Facsimile: (404) 781-1101

Edmond Clark
eclarkmadisonlaw@aol.com
Law Office of Edmond Clark
83 Scotland Avenue
Madison, Connecticut 06443-2501
Telephone: (203) 245-4602
Fax: (203) 245-9734

Attorneys for Plaintiffs

Date: April 5, 2012

By: /s/ William C. Barker
John F. Wymer, III
GA Bar No. 779418
William C. Barker
Georgia Bar No. 037727

PAUL, HASTINGS, JANOFSKY &
   WALKER LLP
600 Peachtree Street, N.E.
Suite 2400
Atlanta, GA 30308-2222
Telephone:  (404) 815-2400
Facsimile:   (404) 815-2424

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| WILLIAM LAWSON, JOE TRIPODI, THOMAS WHITTINGTON, JASON PHILLIPS, AND NESBIT B. ("BRAD") SILLS, Individually and On Behalf of All Others Similarly Situated,<br><br>            *Plaintiffs*,<br>v.<br><br>BELLSOUTH TELECOMMUNICATIONS, INC., d/b/a AT&T SOUTHEAST a.k.a. AT&T ALABAMA/AT&T FLORIDA/AT&T GEORGIA/ AT&T KENTUCKY/AT&T LOUISIANA/AT&T MISSISSIPPI/AT&T NORTH CAROLINA, AT&T SOUTH CAROLINA/AT&T TENNESSEE,<br><br>            *Defendant*. | Civil Action File No.<br>1:09-cv-3528-JEC<br><br>JURY TRIAL DEMANDED |

## MEMORANDUM IN SUPPORT OF JOINT MOTION TO STAY PROCEEDINGS

The Court granted conditional certification of Plaintiffs' Fair Labor Standards Act ("FLSA") claims on August 16, 2011. See Order on Motion to Certify Class [Doc. 98]. Notice was issued to the conditionally certified class on December 15, 2011 and the notice period closed on February 13, 2012. No scheduling order is currently in place. The parties will participate in mediation of the claims in this case on April 19, 2012. The parties would like the opportunity to focus their energies and resources on preparing for that mediation. Therefore, the parties have agreed, subject to Court approval, to briefly stay all proceedings in the

case until thirty (30) days after the mediation.

WHEREFORE, Plaintiffs and Defendant respectfully request that the Court stay all proceedings in the case from April 3, 2012 through May 21, 2012.

Respectfully and jointly submitted,

By: /s/ Steven L. Wittels
Steven L. Wittels
Federal Bar No. SLW-8110
swittels@nydclaw.com

SANFORD WITTELS & HEISLER, LLP
1350 Ave. of the Americas
31st Fl.
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948

Edward D. Buckley
Georgia Bar No. 092750
edbuckley@buckleyklein.com
BUCKLEY & KLEIN, LLP
1180 West Peachtree Street
Suite 1100
Atlanta, Georgia 30309
Telephone: (404) 781-1100
Facsimile: (404) 781-1101

Edmond Clark
eclarkmadisonlaw@aol.com
Law Office of Edmond Clark
83 Scotland Avenue
Madison, Connecticut 06443-2501
Telephone: (203) 245-4602
Fax: (203) 245-9734

By: /s/ William C. Barker
John F. Wymer, III
GA Bar No. 779418
William C. Barker
Georgia Bar No. 037727

PAUL, HASTINGS, JANOFSKY & WALKER LLP
600 Peachtree Street, N.E.
Suite 2400
Atlanta, GA 30308-2222
Telephone: (404) 815-2400
Facsimile: (404) 815-2424

Attorneys for Defendant

Attorneys for Plaintiffs

Date: April 5, 2012

By their signatures above, counsel for the parties represent that, pursuant to Local Rules 5.1B and 7.1D, this motion and memorandum were prepared in the font of Times New Roman, 14 point.