## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| WILLIAM LAWSON, JOE TRIPODI, THOMAS WHITTINGTON, JASON PHILLIPS, AND NESBIT B. ("BRAD") SILLS, Individually and On Behalf of All Others Similarly Situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> BELLSOUTH TELECOMMUNICATIONS, INC., d/b/a AT&T SOUTHEAST a.k.a. AT&T ALABAMA/AT&T FLORIDA/AT&T GEORGIA/ AT&T KENTUCKY/AT&T LOUISIANA/AT&T MISSISSIPPI/AT&T NORTH CAROLINA, AT&T SOUTH CAROLINA/AT&T TENNESSEE, <br><br> *Defendant*. | Civil Action File No. 1:09-cv-3528-JEC <br><br><br> JURY TRIAL DEMANDED |

### JOINT MOTION TO STAY PROCEEDINGS

Plaintiffs William Lawson, Joe Tripodi, Thomas Whittington, Jason Phillips, Nesbit B. Sills, and the opt-in Plaintiffs ("Plaintiffs") and Defendant BellSouth Telecommunications, Inc. ("Defendant" or "BellSouth") hereby jointly move for a stay of all proceedings in the case until August 10, 2012. As set forth in the attached Memorandum, the parties have reached a settlement in this case and are preparing to submit to the Court their request for approval of that settlement.

WHEREFORE, Plaintiffs and Defendant respectfully request that the Court stay all proceedings in the case until August 10, 2012.

LEGAL_US_W # 71791940.1

Respectfully and jointly submitted,


By: ___/s/ Steven L. Wittels___
Steven L. Wittels
Federal Bar No. SLW-8110
swittels@nydclaw.com

SANFORD WITTELS & HEISLER, LLP
1350 Ave. of the Americas
31st Fl.
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948


Edward D. Buckley
Georgia Bar No. 092750
edbuckley@buckleyklein.com
BUCKLEY & KLEIN, LLP
1180 West Peachtree Street
Suite 1100
Atlanta, Georgia 30309
Telephone: (404) 781-1100
Facsimile: (404) 781-1101


Edmond Clark
eclarkmadisonlaw@aol.com
Law Office of Edmond Clark
83 Scotland Avenue
Madison, Connecticut 06443-2501
Telephone: (203) 245-4602
Fax: (203) 245-9734


Attorneys for Plaintiffs



Date: June 11, 2012


By: /s/  William C. Barker
John F. Wymer, III
GA Bar No. 779418
William C. Barker
Georgia Bar No. 037727

PAUL, HASTINGS, JANOFSKY &
   WALKER LLP
600 Peachtree Street, N.E.
Suite 2400
Atlanta, GA  30308-2222
Telephone:  (404) 815-2400
Facsimile:   (404) 815-2424


Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| WILLIAM LAWSON, JOE TRIPODI, THOMAS WHITTINGTON, JASON PHILLIPS, AND NESBIT B. ("BRAD") SILLS, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) ) ) | |
| *Plaintiffs,* | ) ) | Civil Action File No. 1:09-cv-3528-JEC |
| v. | ) ) | |
| BELLSOUTH TELECOMMUNICATIONS, INC., d/b/a AT&T SOUTHEAST a.k.a. AT&T ALABAMA/AT&T FLORIDA/AT&T GEORGIA/ AT&T KENTUCKY/AT&T LOUISIANA/AT&T MISSISSIPPI/AT&T NORTH CAROLINA, AT&T SOUTH CAROLINA/AT&T TENNESSEE, | ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| *Defendant.* | ) ) ) ) | |

## MEMORANDUM IN SUPPORT OF JOINT MOTION TO STAY PROCEEDINGS

The Court granted conditional certification of Plaintiffs' Fair Labor

Standards Act ("FLSA") claims on August 16, 2011.  See Order on Motion to

Certify Class [Doc. 98].  Notice was issued to the conditionally certified class on

December 15, 2011 and the notice period closed on February 13, 2012.  The parties

have subsequently mediated all claims and have reached a settlement of this

collective action.  The parties have also reached a settlement of the claims in

Luque et al  v. AT&T Corp. et al, 3:09-CV-05885-CRB (N.D. Cal.).  Because of

the number of employees covered by the settlement, the parties anticipate that

finalizing the settlement papers and performing the corresponding data analysis in connection with the settlement will be an involved process that will require significant time to complete.

Accordingly, the parties respectfully request that the Court stay any and all proceedings in this matter until August 10, 2012 to allow the parties sufficient time to prepare an application for approval of the settlement that will be filed on or before that date.

WHEREFORE, Plaintiffs and Defendant respectfully request that the Court stay all proceedings until August 10, 2012.

Respectfully and jointly submitted,


By:   /s/ Steven L. Wittels
Steven L. Wittels
Federal Bar No. SLW-8110
swittels@nydclaw.com

SANFORD WITTELS & HEISLER, LLP
1350 Ave. of the Americas
31st Fl.
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948


Edward D. Buckley
Georgia Bar No. 092750
edbuckley@buckleyklein.com
BUCKLEY & KLEIN, LLP
1180 West Peachtree Street
Suite 1100
Atlanta, Georgia 30309

By:   /s/  William C. Barker
John F. Wymer, III
GA Bar No. 779418
William C. Barker
Georgia Bar No. 037727

PAUL, HASTINGS, JANOFSKY &
     WALKER LLP
600 Peachtree Street, N.E.
Suite 2400
Atlanta, GA  30308-2222
Telephone:  (404) 815-2400
Facsimile:  (404) 815-2424


Attorneys for Defendant

Telephone: (404) 781-1100
Facsimile: (404) 781-1101

Edmond Clark
eclarkmadisonlaw@aol.com
Law Office of Edmond Clark
83 Scotland Avenue
Madison, Connecticut 06443-2501
Telephone: (203) 245-4602
Fax: (203) 245-9734

Attorneys for Plaintiffs

Date: June 11, 2012

By their signatures above, counsel for the parties represent that, pursuant to
Local Rules 5.1B and 7.1D, this motion and memorandum were prepared in the
font of Times New Roman, 14 point.