UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| WILLIAM LAWSON, JOE TRIPODI, THOMAS WHITTINGTON, JASON PHILLIPS, AND NESBIT B. ("BRAD") SILLS, Individually and On Behalf of All Others Similarly Situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> BELLSOUTH TELECOMMUNICATIONS, INC., d/b/a AT&T SOUTHEAST a.k.a. AT&T ALABAMA/AT&T FLORIDA/AT&T GEORGIA/ AT&T KENTUCKY/AT&T LOUISIANA/AT&T MISSISSIPPI/AT&T NORTH CAROLINA, AT&T SOUTH CAROLINA/AT&T TENNESSEE, <br><br> *Defendant*. | Civil Action File No. <br> 1:09-cv-3528-JEC |

## [PROPOSED] ORDER AWARDING SERVICE PAYMENTS AND ATTORNEYS' FEES AND COSTS

WHEREAS this matter comes before the Court on the Plaintiffs' unopposed request for the award of service payments for the five named Plaintiffs and five additional Plaintiff deponents, expenses at $71,936.80 and attorneys' fees at 30% of the $8,129,675 maximum settlement amount in connection with the settlement of this collective action; and

1

WHEREAS, on August 16, 2011 the Court granted conditional certification and approved the issuance of a Notice Form to the collective action class; and

WHEREAS, Plaintiffs and Defendant entered into the Settlement Agreement to settle this Conditionally-Certified Collective Action; and

WHEREAS, the Court has reviewed and considered the proposed Settlement Agreement and the submissions of the parties in support thereof; and

WHEREAS, the Court has reviewed and considered Plaintiffs' unopposed submissions in support of their motion for the award of service payments and attorneys' fees and costs,

NOW THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. <u>Service Awards.</u>  The Court approves the service awards of $10,000 to the five Named Plaintiffs and $2,500 to each of the other five Plaintiff deponents, which the Court finds to be reasonable, fair and appropriate.

2. <u>Attorneys' Fees, Costs, and Expenses.</u>  The Court awards to Settlement Class Counsel Attorneys' fees in the amount of $2,438,902 and costs and expenses in the amount of $71,936.80, which amounts the Court finds are fair,

adequate and reasonable.  The amounts shall be paid out of the Settlement Fund by the Claims Administrator no later than thirty (30) calendar days after the Settlement becomes Final as defined in the Settlement Agreement.

SO ORDERED THIS  23rd  DAY OF   APRIL  , 2013.


/s/ Julie E. Carnes
HONORABLE JULIE E. CARNES
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA